```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

ZACHERY T. BROWN and
LORETTA COLE                                          PLAINTIFFS

v.                            Case No. 07-2006

ASSOCIATES HEALTH AND WELFARE PLAN
and WAL-MART STORES, INC.                             DEFENDANTS

### JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order, filed on August 16, 2007 (Doc. 47), Plaintiffs' Motion for Summary Judgment (Doc. 16) is GRANTED IN PART AND DENIED IN PART, Plaintiffs' Motion to Dismiss Counter-Claim (Doc. 31) is DENIED AS MOOT, and Defendants' Motion for Summary Judgment (Doc. 11) is GRANTED. Accordingly, Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees.

**The parties have thirty days from the date of entry of Judgment within which to appeal.**

IT IS SO ORDERED this 20th day of August, 2007.

              */s/ Robert T. Dawson*
              Honorable Robert T. Dawson
              United States District Judge