```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

ZACHERY T. BROWN and
LORETTA COLE                                    PLAINTIFFS

v.                    Case No. 07-2006

ASSOCIATES HEALTH AND WELFARE PLAN
and WAL-MART STORES, INC.                       DEFENDANTS

### AMENDED JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order, filed on August 16, 2007 (Doc. 47), Plaintiffs' Motion for Summary Judgment (Doc. 16) is GRANTED IN PART AND DENIED IN PART, Plaintiffs' Motion to Dismiss Counter-Claim (Doc. 31) is DENIED AS MOOT, and Defendants' Motion for Summary Judgment (Doc. 11) is GRANTED. Accordingly, the portion of Plaintiff's Complaint seeking a declaratory judgment in paragraph XIII(4) is GRANTED. The remainder of the Complaint is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees.

**The parties have thirty days from the date of entry of Judgment within which to appeal.**

IT IS SO ORDERED this 29th day of August, 2007.

                              */s/ Robert T. Dawson*
                              Honorable Robert T. Dawson
                              United States District Judge