```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION

ZACKERY T. BROWN and
LORETTA COLE                                    PLAINTIFFS

     V.               CIVIL NO. 07-2006

ASSOCIATES' HEALTH AND
WELFARE TRUST and
WAL-MART STORES, INC.                           DEFENDANTS
```

**ORDER**

Currently before the Court is Plaintiffs' Motion for Stay of Judgment on Appeal or, in the alternative, for Supersedeas on Appeal (Doc. 59).  The Court being well and sufficiently advised in the premises, finds that the motion should be and is hereby **GRANTED,** and this matter is stayed pending the outcome of Plaintiffs' appeal.

IT IS HEREBY ORDERED that the sum of Fifty Thousand Dollars ($50,000.00) be deposited in into the registry of the United States District Court by Plaintiffs' counsel, to be deposited into an interest-bearing account, or interest-bearing instrument, by the Clerk of the Court as soon as business allows, at the FIRST NATIONAL BANK of FORT SMITH, ARKANSAS, with said funds to remain so deposited or invested, with the interest earned, if any, to be reinvested with the principal, until the conclusion of Plaintiffs' appeal and final disposition by the Court. The Clerk of the Court shall collect a fee equal to ten percent (10%) of the interest earned on the deposition pursuant to Public Law 100-459,

    Revised and effective December 1, 1990.

        IT IS SO ORDERED this 9th day of October, 2007.

                                            /S/ Robert T. Dawson  
                                            Honorable Robert T. Dawson  
                                            United States District Judge

**AO72A**
**(Rev. 8/82)**